**KELLEY DRYE & WARREN LLP**

NEW YORK, NY   WASHINGTON, DC   CHICAGO, IL   HOUSTON, TX
LOS ANGELES, CA   SAN DIEGO, CA   PARSIPPANY, NJ   STAMFORD, CT

**Michael C. Lynch**

3 World Trade Center
175 Greenwich Street
New York, NY 10007

Tel:  (212) 808-5082
Fax: (212) 808-7897

mlynch@kelleydrye.com

March 10, 2025

**Via ECF**

The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

Re:     *Groupe SEB USA, Inc. And Meyer Corporation, US. v. Caraway Home, Inc.*
        Case No. 1:26-cv-1237

Dear Judge Subramanian:

Kelley Drye & Warren LLP represents Defendant Caraway Home, Inc. ("Caraway") in the above-referenced matter. Pursuant to Section 3(E) of this Court's Individual Practices in Civil Cases, Caraway respectfully requests a 46-day extension of time to answer, move, or otherwise respond to the Complaint up to and including April 27, 2026.

Plaintiffs filed the Complaint on February 13, 2026, and Caraway was served with the Complaint on February 19, 2026. Accordingly, Caraway's current deadline to respond is March 12, 2026.

Kelley Drye & Warren LLP was only recently retained in this matter, and Caraway is requesting an extension of its time to respond to the Complaint to allow its counsel sufficient time to investigate Plaintiffs' allegations and to prepare a response. The parties have conferred and Plaintiffs consent to extend Caraway's deadline to respond to the Complaint up to and including April 27, 2026. Caraway has not previously requested any adjournments or extensions of this deadline.

The parties are currently scheduled to appear before the Court on May 14, 2026, and the requested extension will not affect this appearance or other deadlines in this case.

Caraway thanks the Court for its consideration of this request.

The Honorable Arun Subramanian
March 10, 2026


Respectfully Submitted,

Michael C. Lynch

cc:     All counsel of record (via ECF)