**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| Groupe SEB, Inc. and Meyer Corporation, U.S.<br><br>Plaintiffs,<br><br>v.<br><br>Caraway Home, Inc.,<br><br>Defendant. | Civil Action No. 1:26-cv-01237 (AS) |

**NOTICE OF DEFENDANT CARAWAY HOME, INC.'S**
**MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

**PLEASE TAKE NOTICE THAT**, upon the accompanying Memorandum of Law and all pleadings filed herein, Defendant Caraway Home, Inc., by and through its undersigned counsel, will move before the Honorable Arun Subramanian of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, on a date and time to be designated by the Court, for an Order dismissing Plaintiffs Groupe SEB, Inc. and Meyer Corporation, U.S.'s Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

Date:    April 27, 2026
         New York, New York

                              KELLEY DRYE & WARREN LLP


                        By: */s/ Michael C. Lynch*
                              Michael C. Lynch (Lead Trial Counsel)
                              Damon Suden
                              3 World Trade Center
                              175 Greenwich Street
                              New York, New York 10007
                              Tel: (212) 808-7800
                              mlynch@kelleydrye.com
                              dsuden@kelleydrye.com

                              John Villafranco*
                              Melissa Byroade
                              670 Maine Ave. SW
                              Suite 600
                              Washington, DC 20024
                              jvillafranco@kelleydrye.com
                              mbyraode@kelleydrye.com

                              William Jackson*
                              515 Post Oak Blvd.
                              Suite 900
                              Houston, Texas 77027
                              wjackson@kelleydrye.com

                              Robert A. Bilott*
                              Taft Stettinius & Hollister LLP
                              50 E. Rivercenter Blvd., Suite 850
                              Covington, KY 41011 Tel: (513) 331-2838
                              bilott@taftlaw.com

                              Andrew D. Bochner
                              Bochner PLLC
                              1040 6th Ave, Suite 15B New York,
                              New York 10018
                              Tel. (212) 930-8229
                              andrew@bochner.law

                              * admitted *pro hac vice*

                              *Attorneys for Defendant*
                              *Caraway Home, Inc.*

2