**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Groupe SEB, Inc. and Meyer Corporation, U.S.<br><br>Plaintiffs,<br><br>v.<br><br>Caraway Home, Inc.,<br><br>Defendant. | Civil Action No. 1:26-cv-01237 (AS) |

**DEFENDANT CARAWAY HOME, INC.'S CHART IN SUPPORT OF MOTION TO DISMISS PURSUANT TO JUDGE SUBRAMANIAN'S INDIVIDUAL PRACTICES IN CIVIL CASES, SECTION 8(G)(i)**

Pursuant to the Honorable Arun Subramanian's, U.S.D.J., Individual Practices in Civil Cases Section 8(G)(i), Defendant Caraway Home, Inc. ("Caraway") respectfully submits the below chart in support of Caraway's Motion to Dismiss Plaintiffs Groupe SEB, Inc. and Meyer Corporations, U.S.'s (collectively "Plaintiffs") Complaint.

**Chart Identifying the Elements of the Complaint Not Plausibly Alleged**

| Cause of Action | Elements Not Plausibly Alleged |
|---|---|
| **Count I: False Advertising Under the Lanham Act** | Plaintiffs did not plausibly allege:<br>1. That the advertisements alleged in paragraphs 46, 47, 48, 50, 55, 56, and 58 of the Complaint are false or misleading.<br>2. That any of the advertisements in the Complaint have deceived or are likely to deceive a statistically significant number of consumers.<br>3. That Plaintiffs were injured as a proximate result of Defendant's advertising. |
| **Count II: Commercial Disparagement Under the Lanham Act** | Plaintiffs did not plausibly allege:<br>1. That the advertisements alleged in paragraphs 46, 47, 48, 50, 55, 56, and 58 of the Complaint are false or misleading.<br>2. That any of the advertisements in the Complaint have deceived or are likely to deceive a statistically significant number of consumers. |

| | |
|---|---|
| | 3. That Plaintiffs were injured as a proximate result of Defendant's advertising. |
| **Count III: Violation of New York General Business Law § 349** | Plaintiffs do not plausibly allege:<br>1. Any significant ramifications for the public at large necessary to bring a claim under the NYGBL as a competitor (rather than consumer).<br>2. That the advertisements alleged in paragraphs 46, 47, 48, 50, 55, 56, and 58 of the Complaint are false or misleading.<br>3. That any of the advertisements in the Complaint have deceived or are likely to deceive a statistically significant number of consumers.<br>4. That Plaintiffs were injured as a proximate result of Defendant's advertising. |
| **Count IV: Violation of New York General Business Law § 350** | Plaintiffs do not plausibly allege:<br>1. Any significant ramifications for the public at large necessary to bring a claim under the NYGBL as a competitor (rather than consumer).<br>2. That the advertisements alleged in paragraphs 46, 47, 48, 50, 55, 56, and 58 of the Complaint are false or misleading.<br>3. That any of the advertisements in the Complaint have deceived or are likely to deceive a statistically significant number of consumers.<br>4. That Plaintiffs were injured as a proximate result of Defendant's advertising. |
| **Count V: Common Law Unfair Competition** | Plaintiffs do not plausibly allege:<br>1. Bad faith misappropriation of the labors and expenditures of another, or palming off goods as those of another's. |
| **Count VI: Common Law Trade Libel** | Plaintiffs do not plausibly allege:<br>1. A statement directed at the quality of the plaintiffs' goods,<br>2. Which statement caused,<br>3. Special damages. |
| **Count VII: Declaratory Judgment** | Declaratory judgment is a remedy, not a cause of action. |

Date:    April 27, 2026
         New York, New York

                                        KELLEY DRYE & WARREN LLP


                                        By: */s/ Michael C. Lynch*
                                            Michael C. Lynch (Lead Trial Counsel)
                                            Damon Suden
                                            3 World Trade Center
                                            175 Greenwich Street
                                            New York, New York 10007
                                            Tel: (212) 808-7800
                                            mlynch@kelleydrye.com
                                            dsuden@kelleydrye.com

                                            John Villafranco*
                                            Melissa Byroade
                                            670 Maine Ave. SW
                                            Suite 600
                                            Washington, DC 20024
                                            jvillafranco@kelleydrye.com
                                            mbyraode@kelleydrye.com

                                            William Jackson*
                                            515 Post Oak Blvd.
                                            Suite 900
                                            Houston, Texas 77027
                                            wjackson@kelleydrye.com

                                            Robert A. Bilott*
                                            Taft Stettinius & Hollister LLP
                                            50 E. Rivercenter Blvd., Suite 850
                                            Covington, KY 41011 Tel: (513) 331-2838
                                            bilott@taftlaw.com

                                            Andrew D. Bochner
                                            Bochner PLLC
                                            1040 6th Ave, Suite 15B New York,
                                            New York 10018
                                            Tel. (212) 930-8229
                                            andrew@bochner.law

                                            * admitted *pro hac vice*

                                            *Attorneys for Defendant*
                                            *Caraway Home, Inc.*

3