# MAYER | BROWN

Mayer Brown LLP
1999 K Street, N.W.
Washington, DC 20006-1101
United States of America

T: +1 202 263 3000
F: +1 202 263 3300

mayerbrown.com

**Carmine R. Zarlenga**
Partner
T: +1 202 263 3227
F: +1 202 263 5227
CZarlenga@mayerbrown.com

May 6, 2026

Plaintiffs' requested extensions are GRANTED.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 36.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: May 7, 2026

**Via ECF**

Hon. Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

Re:    *Groupe SEB USA, Inc. and Meyer Corporation, U.S. v. Caraway Home, Inc.*
       Case No. 1:26-CV-1237-AS-SN

Dear Judge Subramanian,

Pursuant to the Section 3(E) of Your Honor's Individual Practices in Civil Cases, Plaintiffs Groupe SEB USA, Inc. ("SEB") and Meyer Corporation, U.S. ("Meyer" and collectively with SEB "Plaintiffs") respectfully request a 21-day extension of time to respond to Defendant Caraway Home Inc.'s ("Caraway") Motion to Dismiss (ECF No. 34) (the "Motion"), as well as a 14-day extension of time to amend Plaintiffs' Complaint, up to and including June 1, 2026.

Caraway moved to dismiss on April 27, 2026. Accordingly, Plaintiffs' current deadline to respond to the Motion is May 11, 2026, and Plaintiffs' deadline to amend the Complaint as a matter of course is May 18, 2026.

Good cause exists for this modest extension because Caraway's Motion raises multiple issues that require additional legal research and careful analysis. The requested extension is significantly shorter than the 46-day extension that Caraway sought and received, with Plaintiffs' consent, for its Motion. The parties have conferred and Caraway consents to extend Plaintiffs' deadlines. Plaintiffs have not previously requested any adjournments or extensions of this deadline or any other deadline in this case.

The parties are currently scheduled to appear before the Court on May 14, 2026, and the requested extension will not affect this appearance or any other deadlines in this case.

Plaintiffs thank the Court for its consideration of this request.

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England & Wales), Mayer Brown Hong Kong LLP (a Hong Kong limited liability partnership) and Tauil & Chequer Advogados (a Brazilian law partnership).

Mayer Brown LLP

May 6, 2026
Page 2

Respectfully Submitted,

*/s/ Carmine R. Zarlenga*

Carmine R. Zarlenga (*Lead Attorney*)\*
Julyana C. Dawson\*
David B. Goldstein\*
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006
Tel: (202) 263-3000
czarlenga@mayerbrown.com
jdawson@mayerbrown.com
dgoldstein@mayerbrown.com

Daniel D. Queen
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 506-2500
dqueen@mayerbrown.com

Philip R. Recht\*
Max W. Hirsch\*
333 S. Grand Ave. 47th Floor
Los Angeles, CA 90061
Tel: (213) 229-9500
precht@mayerbrown.com
mhirsch@mayerbrown.com

\*admitted *pro hac vice*

*Counsel for Plaintiffs Groupe SEB USA, Inc.
and Meyer Corporation U.S.*