**KELLEY DRYE & WARREN LLP**

NEW YORK, NY   WASHINGTON, DC   CHICAGO, IL   HOUSTON, TX
LOS ANGELES, CA   SAN DIEGO, CA   PARSIPPANY, NJ   STAMFORD, CT

**Michael C. Lynch**

3 World Trade Center
175 Greenwich Street
New York, NY 10007

Tel:  (212) 808-5082
Fax: (212) 808-7897
mlynch@kelleydrye.com

June 2, 2026

**Via ECF**

The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

Re:    *Groupe SEB USA, Inc. And Meyer Corporation, US. v. Caraway Home, Inc.*
       Case No. 1:26-cv-1237

Dear Judge Subramanian:

Kelley Drye & Warren LLP represents Defendant Caraway Home, Inc. ("Caraway") in the above-referenced matter. Pursuant to Section 3(E) of this Court's Individual Practices in Civil Cases, Caraway respectfully requests a 14-day extension of time to reply to Plaintiffs' opposition to Caraway's motion to dismiss (ECF No. 40) up to and including June 22, 2026.

Caraway filed its motion to dismiss on April 27, 2026. (ECF No. 35.) Plaintiffs requested, and Caraway consented to, a 21-day extension of time to respond to the motion, which this Court granted. (ECF No. 39.) Plaintiffs therefore filed their opposition brief on June 1, 2026 (ECF No. 40.)  Caraway's current deadline to reply is June 8, 2026.

Caraway is requesting a 14-day extension of its time to file its reply in order to have sufficient time to properly respond to the arguments made by Plaintiffs in their opposition. Caraway's reply would be due June 22, 2026. Plaintiffs do not oppose this requested extension.

Caraway has not previously requested any adjournments or extensions of the reply deadline. The requested extension will not affect any other deadlines in this case. There are currently no scheduled appearances before the Court.

Caraway thanks the Court for its consideration of this request.

The Honorable Arun Subramanian
June 2, 2026

GRANTED. Caraway's reply brief is now due June 22, 2026.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 41.

Respectfully Submitted,

*[signature]*

Michael C. Lynch

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: June 3, 2026

cc:      All counsel of record (via ECF)

**KELLEY DRYE & WARREN LLP**                                                         2