# MAYER | BROWN

Mayer Brown LLP
1999 K Street, N.W.
Washington, DC 20006-1101
United States of America

T: +1 202 263 3000
F: +1 202 263 3300

mayerbrown.com

August 6, 2026

**Carmine R. Zarlenga**
Partner
T: +1 202 263 3227
F: +1 202 263 5227
CZarlenga@mayerbrown.com

**Via ECF**

Hon. Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

Re:    *Groupe SEB USA, Inc. and Meyer Corporation, U.S. v. Caraway Home, Inc.*
       Case No. 1:26-CV-1237-AS-SN (S.D.N.Y.)

Dear Judge Subramanian,

Plaintiffs Groupe SEB USA, Inc. and Meyer Corporation, U.S. respectfully write to bring to the Court's attention supplemental authority relevant to Defendant Caraway Home, Inc.'s pending motion to dismiss (ECF No. 35): *KetoNatural Pet Foods, Inc. v. Hill's Pet Nutrition, Inc.*, 181 F.4th 1069 (10th Cir. July 14, 2026), which was decided after briefing was completed. A copy of the opinion is attached as **Exhibit A**.

In *KetoNatural*, the Tenth Circuit reversed dismissal of a Lanham Act false advertising claim where a pet food company disparaged a competitor's product category—without naming the competitor—using scientifically themed claims that lacked adequate evidentiary support. The decision bears on Plaintiffs' opposition (ECF No. 40) in at least two respects:

*First*, the court held that generic product-category disparagement constitutes actionable "commercial speech" even when the defendant never names a competitor, because a company with "sufficient control of the market" may "promote the product without reference to its own brand names," and "educational or informational speech can become commercial when disseminated to promote the purchase of goods." *KetoNatural*, 181 F.4th at 1081, 1083 (quoting *Bolger v. Youngs Drug Prods. Corp.*, 463 U.S. 60, 66 n.13 (1983)). This is directly relevant to Caraway's puffery defense. *See* ECF No. 40 at 16–18.

*Second*, the court applied the "establishment claim" doctrine, holding that a plaintiff plausibly alleges literal falsity by showing that the defendant's cited scientific evidence "d[id] not establish the proposition for which [it was] cited" or was "not sufficiently reliable to permit [the] conclusion" drawn from it, without requiring the plaintiff to independently prove the negative. *KetoNatural*, 181 F.4th at 1080, n.12  (quoting *Castrol, Inc. v. Quaker State Corp.*, 977 F.2d 57,

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England & Wales), Mayer Brown Hong Kong LLP (a Hong Kong limited liability partnership) and Tauil & Chequer Advogados (a Brazilian law partnership).

Mayer Brown LLP

August 6, 2026
Page 2

63 (2d Cir. 1992)). This supports Plaintiffs' argument and accepted NAD findings that Caraway's PTFE health and safety claims are unsubstantiated. *See* ECF No. 40 at 11–16.

Plaintiffs respectfully submit that this most recent decision in *KetoNatural* is relevant to the arguments in their opposition to Caraway's motion to dismiss.

Respectfully Submitted,


/s/ Carmine R. Zarlenga
Carmine R. Zarlenga (Lead Attorney)*
Catherine Medvene
Julyana C. Dawson*
David B. Goldstein*
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006
Tel: (202) 263-3000
czarlenga@mayerbrown.com
cmedvene@mayerbrown.com
jdawson@mayerbrown.com
dgoldstein@mayerbrown.com

Philip R. Recht*
Daniel D. Queen
Max W. Hirsch*
333 S. Grand Ave. 47th Floor
Los Angeles, CA 90061
Tel: (213) 229-9500
precht@mayerbrown.com
dqueen@mayerbrown.com
mhirsch@mayerbrown.com

*admitted *pro hac vice*

*Counsel for Plaintiffs Groupe SEB USA, Inc.
and Meyer Corporation U.S.*